**Anthony EILAND, Movant/Appellant,**

v.

**STATE of Missouri, Plaintiff/Respondent.**

**No. 63821.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 19, 1993.

John Klosterman, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before: CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant appeals from the denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We affirm. The

findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).